IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Slaton, Kevin P | Case Number: 07 B 20257 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/29/08 | Filed: 10/31/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 18, 2008
Confirmed: December 27, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 756.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 710.25 |
| Trustee Fee: | | 45.75 |
| Other Funds: | | 0.00 |
| Totals: | 756.00 | 756.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,643.00 | 710.25 |
| 2. | Midland Credit Management | Unsecured | 12.74 | 0.00 |
| 3. | Jefferson Capital Systems LLC | Unsecured | 186.48 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 30.33 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 926.54 | 0.00 |
| 6. | Illinois Dept of Revenue | Unsecured | 34.73 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 827.00 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 27.18 | 0.00 |
| 9. | M3 Financial Services | Unsecured | | No Claim Filed |
| 10. | Argent Healthcare Fin | Unsecured | | No Claim Filed |
| 11. | Harris & Harris | Unsecured | | No Claim Filed |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 13. | Riddled Assoc P C | Unsecured | | No Claim Filed |
| 14. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 15. | Social Security Administration | Unsecured | | No Claim Filed |
| | | | $ 5,688.00 | $ 710.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 16.68 |
| 6.5% | 29.07 |
| | $ 45.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Slaton, Kevin P

Printed: 10/29/08

Case Number:  07 B 20257
Judge:  Wedoff, Eugene R
Filed:  10/31/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

